# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE ANDREW PAIGE, Inmate #B82276,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-902-DRH** |
| ) | |
| **MEARL J. JUSTUS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This action comes before the Court on Plaintiff's motion for a subpoena (Doc. 22). Specifically, Plaintiff seeks medical records pertaining to a spider bite he received in the St. Clair County Jail in 2000; the bite was the impetus for this lawsuit.

This action was dismissed and judgment entered in favor of Defendants on January 8, 2007. Heretofore, the Court has entertained five post-judgment motions seeking to reconsider its judgment. Each of those motions was denied. **THIS CASE IS CLOSED**. Discovery will not take place, and no additional motions of this type will be entertained by the Court.

**IT IS SO ORDERED.**

**DATED: April 29, 2007**

/s/   David   RHerndon
**DISTRICT JUDGE**